UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GRACE MURPHY,**

**Plaintiff,**

**v.** **Case No: 5:21-cv-100-GKS-PRL**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

---

# ORDER

This case is before the Court on the Commissioner's motion to stay the case for 90 days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 12). Due to the global COVID-19 crisis, the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner. As the Commissioner explains, there has been additional delay and uncertainty in the process due to transitioning the workload to vendors, but that the agency is actively working on numerous specific improvements to increase productivity and to manage the current backlog. The Commissioner notes that the motion is unopposed.

Accordingly, the Commissioner's unopposed motion (Doc. 12) is GRANTED to the extent that the Commissioner shall file an answer and the transcript of the record for this case on or before August 2, 2021.

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties